UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **David L. Tamez** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL NO.: 7:15-CV-00462 |
| | § | |
| **THE PRUDENTIAL INSURANCE** | § | |
| **COMPANY OF AMERICA** | § | |
| | § | |
| *Defendant* | § | |

STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff David L. Tamez and Defendant Prudential Life Insurance Company of America, the Parties to this action, hereby stipulate to the voluntary dismissal of this case with prejudice.

Each Party will bear his/its own costs and attorneys' fees in this matter.

SO STIPULATED this 31st day of March, 2016.

Respectfully submitted,

By: /s/ Lloyd E. Bemis III
LLOYD E. BEMIS III
Attorney-in-Charge
State Bar No. 02113155
Federal Bar No. 2742916

**BEMIS, ROACH & REED**
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas 78759
(512) 454-4000 Telephone
(512) 453-6335 Facsimile
lbemis@brrlaw.com

**ATTORNEYS FOR PLAINTIFF**

And

By: /s/ Shelley R. Hebert
SHELLEY R. Hebert, pro hac vice
Attorney-in-Charge

**SEYFARTH SHAW LLP**
131 South Dearborn St.
Suite 2400
Chicago, IL 60603
Tel: (312) 460-5000
Fax: (312) 460-7000
shebert@seyfarth.com

**ATTORNEYS FOR DEFENDANT
INSURANCE COMPANY
OF AMERICA**

2